UST-32, 3-99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| PARADIGM PROPERTY SOLUTIONS L.L.C | ) | Case No. 09-19182 PHX GBN |
| | ) | APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT |
| Debtor(s) | ) | |

    Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 111 | 10/12/2010 | MELLISA ESPARZA & JAVIER HOLGUIN<br>6121 NORTH 32ND DRIVE<br>PHOENIX, AZ 85017 | $14.49 |
| 114 | 10/12/2010 | ALFREDO NAVARRO<br>6526 NORTH 19TH AVENUE<br>PHOENIX, AZ 85015 | $17.57 |
| 115 | 10/12/2010 | JAVIER GOMEZ<br>3211 WEST MAYA WAY<br>PHOENIX, AZ 85083 | $17.56 |
| 120 | 10/12/2010 | SANTIAGO & NORMA ALVAREZ<br>6212 MIRALOMA STREET<br>LAS VEGAS, NV 89105 | $17.56 |
| 121 | 10/12/2010 | DANIEL HERNANDEZ<br>5626 EAST FORGE STREET<br>MESA, AZ 85206 | $14.44 |
| 128 | 10/12/2010 | MIGUEL & MARIA LOPEZ<br>3405 HANSA AVENUE<br>NORTH LAS VEGAS, NV 89081 | $18.10 |
| 133 | 10/12/2010 | EDUARDO CASTRO<br>6124 BLOSSOM AVENUE<br>LAS VEGAS, NV 89108 | $18.10 |
| 138 | 10/12/2010 | ELISANDRO CHAVEZ<br>45 HOKE EDWARD COURT<br>NORTH LAS VEGAS, NV 89031 | $18.10 |

| | | | |
|---|---|---|---|
| 139 | 10/12/2010 | JUAN CARLOS & MARIA RIVERA<br>2711 WEST PLACITA DEL SANTO<br>TUCSON, AZ 85741 | $18.10 |
| 142 | 10/12/2010 | ROSA GARCIAS & ENGELS JIRON<br>2017 HOWARD AVENUE<br>LAS VEGAS, NV 89104 | $18.06 |
| 148 | 10/12/2010 | PACIANO CASTRO<br>1335 WEST GREGORY ROAD<br>PHOENIX, AZ 85041 | $14.44 |
| 157 | 10/12/2010 | ALAJANDRO PENA & PAULA ROCHEZ<br>3914 WHITE CEDAR DRIVE<br>LAS VEGAS, NV 89115 | $18.06 |
| 158 | 10/12/2010 | MANUEL GARCIA<br>6399 FELICITAS AVENUE<br>LAS VEGAS, NV 89122 | $9.05 |
| 160 | 10/12/2010 | JORGE & MARIA QUIROZ<br>228 CHASON STREET<br>LAS VEGAS, NV 89107 | $18.06 |
| 163 | 10/12/2010 | HECTOR GONZALES<br>3583 SAN CARLOS AVENUE<br>LAS VEGAS, NV 89115 | $18.06 |
| 170 | 10/12/2010 | MIGUEL & EPIDIA SILVA<br>522 PLATEAU ROAD<br>MESQUITE, NV 89027 | $18.06 |
| 171 | 10/12/2010 | MARIA GARCIA<br>4922 WEST CALLE DE OYA<br>LAS VEGAS, NV 89120 | $18.06 |
| 172 | 10/12/2010 | MARIO MARQUEZ<br>1451 WEST UTOPIA ROAD<br>PHOENIX, AZ 85027 | $18.83 |
| 173 | 10/12/2010 | MARTIN HERALDEZ & MARIA DEL ROSARI<br>5828 GOLD HORIZON STREET<br>NORTH LAS VEGAS, NV 89031 | $18.10 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $  322.80  to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| January 14, 2011 | /s/ Roger W. Brown |
| Date | Roger W. Brown, Trustee |